

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00153-CV

IN THE INTEREST OF M.M., D.L., J.L., N.L., AND D.L., CHILDREN

§ On Appeal from the 233rd District Court

§ of Tarrant County (233-679137-20)

§ October 21, 2021

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's termination order. It is ordered that the trial court's termination order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr